# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briskman, Arthur B. | US Bankruptcy Court | 08/28/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>07/25/2020 |

**7. Chambers or Office Address**

400 W Washington Street
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 08/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. PNC (cash) | A | Interest | K | T | | | | | |
| 3. Hendon LP Ltd Partnership | G | Rent | P2 | W | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. CVS Health Corp (CVS) | A | Dividend | K | T | | | | | |
| 6. Dimeco Inc (DIMC) | C | Dividend | L | T | | | | | |
| 7. Elmira Savings Bank New York (ESBK) | B | Dividend | K | T | | | | | |
| 8. FNCB Bancorp Inc (FNCS) | A | Dividend | K | T | | | | | |
| 9. Fidelity D&D Bancorp (FDBC) | A | Dividend | L | T | | | | | |
| 10. Gaming & Leisure Properties Inc (GLPI) | A | Dividend | K | T | | | | | |
| 11. Home Depot Inc (HD) | A | Dividend | K | T | | | | | |
| 12. Landmark Bancorp Inc PA (LDKB) | A | Dividend | K | T | | | | | |
| 13. Invesco Dynamic Building & Construction ETF (PKB) | A | Dividend | J | T | | | | | |
| 14. Capitala Finance Corp (CPTAG) | A | Interest | J | T | | | | | |
| 15. Stellus Cap Invt Corp (SCA) | | None | K | T | Buy | 06/26/20 | K | | |
| 16. Federated Mun & Stock Short Intermediate Duration Class A (FMTAX) | A | Dividend | L | T | | | | | |
| 17. Federated Mun & Stock Advantage Class C (FMUCX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 08/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Federated Mun & Stock Advantage Class A (FMUAX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 19. First Trust DJ Global Titans 26 SA CA (30310L428) | A | Dividend | K | T | | | | | |
| 20. IRA Account #2 (H) | | | | | | | | | |
| 21. Stifel FDIC Insured Sweep Account (cash) | A | Interest | J | T | | | | | |
| 22. First Trust Cap Strength ETF (FTCS) | A | Dividend | K | T | | | | | |
| 23. SPDR Global Dow ETF (DGT) | A | Dividend | K | T | | | | | |
| 24. QVC Inc (QVCD) | A | Interest | J | T | | | | | |
| 25. Federated Strategic Value Dividend Cl A (SVAXX) | C | Dividend | K | T | | | | | |
| 26. Federated Kaufmann Cl A (KAUAX) | | None | K | T | | | | | |
| 27. Federated MDT All Cap Core Cl A (QAACX) | | None | L | T | | | | | |
| 28. Federated Total Return Bond Cl A (TLRAX) | B | Dividend | M | T | | | | | |
| 29. First Eagle Global Cl A (SGENX) | | None | L | T | | | | | |
| 30. Lord Abbett Calibrated Dividend Growth Cl C (LAMCX) | A | Dividend | K | T | | | | | |
| 31. MFS Growth Cl A (MFEGX) | A | Dividend | K | T | | | | | |
| 32. Teton Westwood Mighty Mites Class C (WMMCX) | | None | K | T | | | | | |
| 33. Transamerica Multi Managed Balanced Cl C (IBLLX) | A | Dividend | K | T | | | | | |
| 34. Transamerica Multi Managed Balanced Cl A (IBALX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. IRA Account #1 (H) | | | | | | | | | |
| 36. First Trust Capital Strength ETF (FTCS) | A | Dividend | K | T | | | | | |
| 37. SPDR Global Dow ETF (DGT) | A | Dividend | K | T | | | | | |
| 38. Federated Strategic Value Dividend Cl A (SVAXX) | A | Dividend | K | T | | | | | |
| 39. Federated Kaufmann Cl A (KAUAX) | | None | K | T | | | | | |
| 40. Federated MDT All Cap Core Cl A (QAACX) | | None | K | T | | | | | |
| 41. Goldman Sachs Int Small InsightsCl A (GICCX) | | None | K | T | | | | | |
| 42. Lord Abbett Calibrated Div Growth (LAMAX) | A | Dividend | K | T | | | | | |
| 43. Lord Abbett Bond Debenture Cl A (LBNDX) | C | Dividend | M | T | | | | | |
| 44. Teton Westwood Mighty Mites Class C (WMMCX) | | None | K | T | | | | | |
| 45. Guggenheim Total Income 17 Mo Re (40174J278) | A | Dividend | J | T | | | | | |
| 46. First Trust Capital Strength 46 Sa Re (30310T116) | | None | K | T | | | | | |
| 47. Brokerage Account #2 (H) | | | | | | | | | |
| 48. Stifel Bank and Trust (Cash) | A | Interest | J | T | | | | | |
| 49. Alexandria Real Estate Equities Inc (ARED) | A | Dividend | J | T | | | | | |
| 50. Annaly Capital Mgmt Inc Ser D Cumulative (NYL'D) | A | Dividend | J | T | | | | | |
| 51. National Genl Hldgs Corp (NGHCO) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 08/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gaslog Ltd (GLOGA) | A | Dividend | K | T | | | | | |
| 53. PA Turnpike - (Muni Bond) (709223XW6) | A | Interest | J | T | | | | | |
| 54. AB Govt Money Market Cl A (018616730) | A | Dividend | L | T | Buy (add'l) | 07/20/20 | J | | |
| 55. Federated Mun & Stock Advantage Cl C (FMUCX) | A | Dividend | L | T | | | | | |
| 56. Federated Mun & Stock Advantage Cl A (FMUAX) | A | Dividend | J | T | | | | | |
| 57. Federated Total Return Bond Cl A (TLRAX) | A | Dividend | K | T | | | | | |
| 58. Transamerica Multi Managed Balanced Cl A (IBALX) | A | Dividend | K | T | | | | | |
| 59. First Trust DJ Global Titans 25 (30309P752) | | None | | | Redeemed | 06/30/20 | K | | |
| 60. First Trust DJ Global Titans 29 (302989793) | A | Dividend | K | T | Buy | 01/16/20 | K | | |
| 61. First Trust DJ Global Titans 31 (30314H712) | | None | K | T | Buy | 06/29/20 | K | | |
| 62. First Trust Val Ln Tgt Safe 30 2Q19 Mo Re (30310V434) | A | Dividend | | | Redeemed | 07/09/20 | J | | |
| 63. First Trust Val Ln Tgt Safe 30 3Q20 Mo Re (30314H7712) | | None | J | T | Buy | 07/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 08/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: This entity holds rental property in Scranton, PA.

Part VII, Column B:  Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 08/28/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Briskman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544